PROSKAUER ROSE LLP
Stephanie L. Marn (D.C. Bar # 467873)
1001 Pennsylvania Ave., NW
Suite 400 South
Washington, D.C., 20004-2533
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| NAUSHEEN AHMED, | Case No.: _____ |
| Plaintiff, | **DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS PURSUANT TO LCvR 7.1** |
| -against- | |
| PAKISTAN INTERNATIONAL AIRLINES CORP., 1001 Connecticut Avenue, N.W., Suite 225, Washington, D.C. 20036 | Superior Court of the District of Columbia, Civil Division Civil Action No. 0008824-06 |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, STEPHANIE L. MARN, counsel of record for Pakistan International Airlines Corp. ("PIA"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of PIA which have any outstanding securities in the hands of the public:

Pakistan International Airlines Corp. is a parent corporation of subsidiary and/or affiliated corporates, all of which have privately held, not publicly held, shares.

Dated: January 24, 2007          PROSKAUER ROSE LLP

By: *Stephanie L Marn*
Stephanie L. Marn (D.C. Bar # 467873)
1001 Pennsylvania Ave., NW
Suite 400 South
Washington, D.C., 20004-2533
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
*Attorneys for Defendant*

PROSKAUER ROSE LLP
Stephanie L. Marn (D.C. Bar # 467873)
1001 Pennsylvania Ave., NW
Suite 400 South
Washington, D.C., 20004-2533
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------- x

| | |
|---|---|
| NAUSHEEN AHMED, | Case No.: _____ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| -against- | Superior Court of the District of Columbia, Civil Division |
| PAKISTAN INTERNATIONAL AIRLINES CORP., 1001 Connecticut Avenue, N.W., Suite 225, Washington, D.C. 20036 | Civil Action No. 0008824-06 |
| Defendant. | |

-------------------------------- x

The undersigned hereby certifies that a copy of the foregoing **DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS PURSUANT TO LCvR 7.1** was served upon the individual listed below by enclosing the same in an envelope addressed to such individual by First Class Mail, postage prepaid, on this 24th day of January, 2007.

        Nausheen Ahmed
        14353 Westway Lane
        Apt. #12
        Woodbridge, VA 22193
        *Pro Se* Plaintiff

        _/s/ Stephanie L. Marn_
        Stephanie L. Marn