UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
NAUSHEEN AHMED,                                  :

            Plaintiff,                           :          Civ. No.:   1:07-cv-167

                                                 :          **STIPULATION AND ORDER OF**
            -against-                            :          **DISMISSAL WITH PREJUDICE**

                                                 :
PAKISTAN INTERNATIONAL AIRLINES                  :
CORP., 1001 Connecticut Avenue, N.W., Suite      :
225, Washington, D.C. 20036                      :

                                                 :
                        Defendant.               :

                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and counsel

for the Defendant in this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this

action is voluntarily dismissed with prejudice by the plaintiff, Nausheen Ahmed.


Dated: February 08, 2007                         Dated: February 08, 2007
        Washington, D.C.                                 Woodbridge, VA


By: _Stephanie L Marn_                           By: _Nausheen Ahmed_
      Stephanie L. Marn (D.C. Bar # 467873)          Nausheen Ahmed
1001 Pennsylvania Ave., NW                       14353 Westway Lane, Apt. #12
Suite 400 South                                  Woodbridge, VA 22193
Washington, D.C., 20004-2533                     Telephone: (703) 496-7320
Telephone: (202) 416-6800                        *Pro Se Plaintiff*
Facsimile: (202) 416-6899
*Attorneys for Defendants*


So Ordered:


_____
Paul L. Friedman
United States District Court Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
NAUSHEEN AHMED,                                         :
                                                        :
         Plaintiff,                                     :
                                                        :
              -against-                                 :    Civ. No.:    1:07-cv-167
                                                        :
PAKISTAN INTERNATIONAL AIRLINES                         :
CORP., 1001 Connecticut Avenue, N.W., Suite             :
225, Washington, D.C. 20036                             :
                                                        :
              Defendant.                                :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2007, I caused to be served a true and correct copy of

a **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** by first class mail,

postage pre-paid upon the following:

> Ms. Nausheen Ahmed
> 14353 Westway Lane, Apt. #12
> Woodbridge, VA  22193

_____
Stephanie L. Marn