UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
---------------------------------------------------------- X
NAUSHEEN AHMED,

        Plaintiff,

        -against-

PAKISTAN INTERNATIONAL AIRLINES
CORP., 1001 Connecticut Avenue, N.W., Suite
225, Washington, D.C. 20036

        Defendant.
---------------------------------------------------------- X

Civ. No.: 1:07-cv-167

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

FILED

FEB 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and counsel for the Defendant in this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this action is voluntarily dismissed with prejudice by the plaintiff, Nausheen Ahmed.

Dated: February 08, 2007
Washington, D.C.

By: *Stephanie L. Marn*
Stephanie L. Marn (D.C. Bar # 467873)
1001 Pennsylvania Ave., NW
Suite 400 South
Washington, D.C., 20004-2533
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
*Attorneys for Defendants*

Dated: February 08, 2007
Woodbridge, VA

By: *Nausheen Ahmed*
Nausheen Ahmed
14353 Westway Lane, Apt. #12
Woodbridge, VA 22193
Telephone: (703) 496-7320
*Pro Se Plaintiff*

So Ordered:

*Paul L. Friedman*
Paul L. Friedman
United States District Judge

February 13, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------- X
NAUSHEEN AHMED,                       :
                                      :
            Plaintiff,                :
                                      :
        -against-                     :   Civ. No.: 1:07-cv-167
                                      :
PAKISTAN INTERNATIONAL AIRLINES       :
CORP., 1001 Connecticut Avenue, N.W., Suite :
225, Washington, D.C. 20036           :
                                      :
            Defendant.                :
                                      :
------------------------------------- X

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2007, I caused to be served a true and correct copy of a **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** by first class mail, postage pre-paid upon the following:

> Ms. Nausheen Ahmed
> 14353 Westway Lane, Apt. #12
> Woodbridge, VA 22193

*Stephanie L. Marn*
Stephanie L. Marn